UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MICHAEL JAVON MALETTE,** <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL PHELPS, et al.,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. <br> )     25-10862-FDS <br> ) <br> ) <br> ) <br> ) |

## ORDER DIRECTING PLAINTIFF TO PROVIDE UPDATED ADDRESS

**SAYLOR, J.**

On January 28, 2026, the Court held a status conference in this matter. Plaintiff, who is proceeding *pro se*, did not attend. At that conference, counsel for defendant indicated that she had been unable to communicate with plaintiff concerning ongoing discovery because he was no longer reachable at his last known address. Attorney Robert Cunha, who appeared on plaintiff's behalf only in an "administrative capacity," not as his attorney, stated that plaintiff had recently been released from incarceration, and that he likewise was not aware of plaintiff's current location.

The Local Rules of this District require that a party appearing *pro se* "must provide the clerk and all parties a mailing address at which service upon the *pro se* party can be made," and that a *pro se* party "shall inform the clerk and all parties in writing of any change of name, address, telephone number, or e-mail address within 14 days of the change." D. Mass. R. 83.5.5. As an accommodation, the Court will order that plaintiff notify the clerk and opposing counsel of his updated address, telephone number, and email address (if any) within 35 days—

2

that is, by March 5, 2026.  Failure to do so may result in dismissal of the complaint for failure to prosecute.

The clerk is directed to provide a copy of this order to Attorney Cunha.

**So Ordered.**

Dated:  January 29, 2026

/s/ F. Dennis Saylor IV  
F. Dennis Saylor IV  
United States District Judge